|   |   |
|---|---|
| 1 | SCOTT N. SCHOOLS, (SBN. 9990) |
|   | United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143) |
|   | Chief, Civil Division |
| 3 | EDWIN L. JOE (SBN 112328) |
| 4 | Special Assistant United States Attorney |

*E-filing*

455 Market Street, 6th Floor
San Francisco, California 94105-2420
Telephone:    (415) 744-8494
Facsimile:    (202) 481-1810 or (415) 744-6812
Email:        edwin.joe@sba.gov

Attorneys for Federal Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | E-Filing |
| | ) | |
| v. | ) | Civil Case No. C06 3879 EMC |
| | ) | |
| ALTOTECH, II L.P., | ) | Date: June 27, 2007 |
| | ) | Time: 10:30 AM |
| | ) | Ctrm: C, 15th Floor |
| Defendant. | ) | 450 Golden Gate Avenue |
| | ) | San Francisco, CA |

**ORDER APPROVING THE FORM AND MANNER OF NOTICE TO CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE**

Upon full consideration of the Motion of the U.S. Small Business Administration as Receiver for AltoTech II, LP for an Order (A) Re-opening this case and (B) Approving the Form and Manner of Notice to Claimants and Establishing a Claims Bar Date, filed by the U.S. Small

**C06 3879 EMC - ORDER APPROVING THE FORM AND MANNER OF NOTICE TO   1
CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE**

1  Business Administration, Receiver ("Receiver") AltoTech II, LP ("The Fund"), and this Court

2  being duly advised as to the merits,

3      IT IS HEREBY ORDERED THAT:

4      1.    The Receiver's Motion for entry of an Order (A) Reopening this case and (B)
5
6  Approving the Form and Manner of Notice to Claimants and Establishing a Claims Bar Date is

7  GRANTED;

8      2.    Following the entry of this Order, the Receiver is ORDERED to send notice,

9  substantially in the form set forth as Exhibit "A" hereto, via first-class mail, postage prepaid, to

10  those persons or entities, other than the U.S. Small Business Administration and parties

11  contracted or retained by the U.S. Small Business Administration as Receiver, which the
12
13  Receiver has reason to believe are creditors, agents, former directors or officers, employees,

14  partners, participant investors or lenders with The Fund, portfolio concerns or limited partners of

15  The Fund, and to any other persons or entities who have, during the term of the receivership,

16  asserted a claim (of whatever kind or merit) against The Fund, the receivership estate, or assets

17  or funds in the possession of the Receiver;
18
19      3.    The Receiver is further ORDERED to publish notice, substantially in the form set

20  forth in Exhibit "A" hereto, once each week for two weeks in The San Francisco Chronicle a

21  newspaper of general circulation and cause the notice to be circulated on the Internet via the

22  Chronicle website ;

23      4.    This Court further ORDERS that it finds that notice provided in the form and
24
25  manner described in Paragraphs 2 and 3 of this Order is reasonable notice, under the

26  circumstances, to persons or entities who may have claims against The Fund, the receivership

27  estate, or assets or funds in the possession of the Receiver;

28  **C06 3879 EMC - ORDER APPROVING THE FORM AND MANNER OF NOTICE TO    2**
    **CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE**

5.  All persons or entities having claims against The Fund, or the receivership estate, or assets or funds in the possession of the Receiver, other than the U.S. Small Business Administration and parties contracted or retained by the U.S. Small Business Administration as Receiver, are ORDERED to file such claims in writing and in the form prescribed in paragraph 6 of this Order, with the Receiver, c/o Gerry McClure, Principal Agent for SBA, Receiver for AltoTech II, LP, 666 11th Street, N.W., Suite 200, Washington, D.C. 20001, within sixty (60) days of the last day of notice by publication, which date will be stated in the mailed and published notices;

6.  In setting forth a claim against The Fund, the receivership estate or assets or funds in the possession of the Receiver, all persons and entities are ORDERED to state in writing: (1) the full name and address and telephone number of the claimant; (2) the amount of the claim; (3) the specific grounds for each claim; and (4) the date on which the obligation was allegedly incurred by The Fund; and (5) to provide at the time of filing such written claims any and all documents or other materials which the claimant believes supports the claim or might assist the Receiver in evaluating the claim;

7.  In the event that the Receiver recommends denial of any claim, it is ORDERED that the Receiver is authorized and directed to move for summary disposition of said claim(s) and to furnish a copy of the moving papers to the claimant(s); in such case the claimant may respond within 30 days, serving a copy of its response on the Receiver, and the Court will resolve said claim(s) expeditiously through a summary procedure that the Court will determine at that time; and

8.  To give effect to the "claims bar date" established in Paragraph 5 of this Order, by which date claims must be filed or shall forever be barred, it is further ORDERED that any

**C06 3879 EMC - ORDER APPROVING THE FORM AND MANNER OF NOTICE TO   3
CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE**

1  persons or entities, other than the U.S. Small Business Administration and parties contracted or
2  retained by the U.S. Small Business Administration as Receiver, which fail to file a claim against
3  The Fund, the receivership estate, or assets or funds in the possession of the Receiver, in the
4  form and by the time and date required by this Order, shall be forever barred and permanently
5  enjoined from asserting, pursuing or prosecuting any such claims, of any kind or nature, whether
6
7  now known or unknown, against The Fund, their Receiver, their successors or assigns, or against
8  assets or funds in the possession of the Receiver.
9
10         SO ORDERED: This __ day of _____ 2007, in San Francisco, California.
11
12
13
14
15                                              _____
16                                              HON. EDWARD M. CHEN
                                                United States Magistrate Judge
17
18  Approved as to Form and Content:
19
20
     /s/ Arlene P. Messinger         June 28, 2007
21   Arlene P. Messinger              Dated
     Assistant General Counsel for SBIC Enforcement
22   U.S. Small Business Administration
23
24
25  Copies To:
26  Arlene P. Messinger
     Assistant General Counsel for SBIC Enforcement
27   U.S. Small Business Administration
28  **C06 3879 EMC - ORDER APPROVING THE FORM AND MANNER OF NOTICE TO   4
        CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE**

1  persons or entities, other than the U.S. Small Business Administration and parties contracted or
2  retained by the U.S. Small Business Administration as Receiver, which fail to file a claim against
3  The Fund, the receivership estate, or assets or funds in the possession of the Receiver, in the
4  form and by the time and date required by this Order, shall be forever barred and permanently
5  enjoined from asserting, pursuing or prosecuting any such claims, of any kind or nature, whether
6  now known or unknown, against The Fund, their Receiver, their successors or assigns, or against
7  assets or funds in the possession of the Receiver.

SO ORDERED: This 29th day of June 2007, in San Francisco, California.

HON. EDWARD M. CHEN
United States Magistrate Judge

Approved as to Form and Content:

_____ June 28, 2007
Arlene P. Messinger          Dated
Assistant General Counsel for SBIC Enforcement
U.S. Small Business Administration

Copies To:

Arlene P. Messinger
Assistant General Counsel for SBIC Enforcement
U.S. Small Business Administration

C06 3879 EMC - ORDER APPROVING THE FORM AND MANNER OF NOTICE TO    4
CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE

1  Receiver for AltoTech, II, LP
   409 Third Street, S.W., 7th Floor
2  Washington, DC  20416
3  Telephone: (202) 205-6857
   Facsimile: (202) 481-0325
4  arlene.messinger@sba.gov

5

6
   Principal Agent for the Receiver
7  Gerry McClure
   SBA, Receiver for AltoTech II, LP
8  666 11th Street, N.W., Suite 200
9  Washington, D.C. 20001-4542
   Telephone: (703) 288-0095
10 Facsimile: (703) 288-0244

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 **C06 3879 EMC - ORDER APPROVING THE FORM AND MANNER OF NOTICE TO   5
   CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE**

# NOTICE TO ALL CREDITORS OR CLAIMANTS OF ALTOTECH, II L.P.

By Order of the U.S. District Court for the Northern District of California, San Francisco Division, dated _____, persons or entities who wish to assert a claim against ALTOTECH, II L.P. ("AltoTech") must do so by filing a <u>written</u> claim with the Receiver on or before [date sixty (60) days after last date of notice by publication]. <u>All previously submitted claims against AltoTech or its Receiver must be resubmitted in accordance with this Notice.</u>

AltoTech, a California limited partnership, is a Small Business Investment Company ("SBIC") licensed by the U.S. Small Business Administration ("SBA"). AltoTech has been in receivership since June 21, 2006 by Order of the Court identified above, entered in Case No. C06-3879 EMC, <u>U.S.A. v.</u> ALTOTECH, II L.P.,

Any person or entity asserting a claim against AltoTech or assets or funds in the hands of the Receiver, must do so <u>in writing</u>, and forward such claim to:

> SBA, Receiver for ALTOTECH, II L.P.
> Gerry McClure, Principal Agent for SBA,
> 666 11th Street, N.W., Suite 200
> Washington, D.C. 20001-4542

Claims must be received no later than 5:00 p.m. E.S.T., <u>[date sixty (60) days after last date of notice by publication]</u>.

Your claim must state: (1) the full name, address and telephone number of the claimant; (2) the amount of the claim; (3) the specific grounds for each claim; (4) the date on which the obligation was allegedly incurred by AltoTech or the Receiver; and (5) must attach all other documents or materials which support the claim, or which the Receiver might require in evaluating the claim. If you fail to provide any of the specified information, your claim will be deemed incomplete and untimely.

Failure to present a complete and timely claim to the Receiver on or before (Date)____ will result in your claim being forever barred, and you will not thereafter be able to make a claim against AltoTech, or any other assets or funds in the possession of the Receiver.

> U.S. SMALL BUSINESS ADMINISTRATION
> As Receiver for ALTOTECH, II L.P.

**EXHIBIT A**

C06 3879 EMC - ORDER APPROVING THE FORM AND MANNER OF NOTICE TO    6
CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE