Gregory C. Nuti (Bar No. 151754)
Schnader Harrison Segal & Lewis LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Arlene P. Messinger
Assistant General Counsel for SBIC Enforcement
U.S. Small Business Administration
409 3rd Street, S.W., Seventh Floor
Washington, D.C. 20416
Telephone (202) 205-6857
Facsimile (202) 481-0325

Attorneys for Plaintiff,
United States Small Business Administration
in its capacity as Receiver for Alto Tech II, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States Small Business Administration in its capacity as Receiver for Alto Tech II, L.P., <br><br>Plaintiff, <br><br>vs. <br><br>Alto Tech II, LLP, <br><br>Defendant. | Case No. C06 3879 EMC <br><br>**STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE OPPOSITION TO ADMINISTRATIVE MOTION TO DETERMINE WHETHER CASES SHOULD BE RELATED** ; ORDER <br><br>No Hearing Required <br><br>Judge: Magistrate Edward M. Chen |

On September 20, 2007, the United States Small Business Administration ("SBA") in its

capacity as Receiver for Alto Tech II, L.P. ("Alto Tech") filed an Administrative Motion to

Determine Whether Cases Should be Related pursuant to Civil Local Rules 3-12 and 7-11

Pursuant to Civil Local Rule 7-11(b), Defendants' response to the Administrative Motion

"must be filed no later than the third day after the motion has been filed" which would be

September 25, 2007.

Because the SBA served the Administrative Motion by mail, the attorneys for defendants

Gloria Wahl and Walter Lee in the action captioned United States Small Business

Administration, in its capacity as Receiver of Alto Tech, II, LP v. Alto Tech Ventures, LLC et al., Case No. 07-4530 SC, did not receive the Administrative Motion until September 25, 2007.

Defendants Gloria Wahl and Walter Lee request additional time to respond to the Administrative Motion. The Receiver does not object to granting defendants additional time to respond to the Administrative Motion.

IT IS HEREBY STIPULATED by and between the parties that Defendants Gloria Wahl and Walter Lee are granted additional time until September 28, 2007 to file its response to the Receiver's Administrative Motion.

Dated: September 26, 2007           SCHNADER HARRISON SEGAL & LEWIS LLP

                                    By: /s/ Gregory C. Nuti
                                        Gregory C. Nuti
                                        Attorneys for Plaintiff, the United States
                                        Small Business Administration in its
                                        capacity as Receiver for Alto Tech II, L.P.

Dated: September 26, 2007           Wildman Harrold Allen & Dixon, LLP

                                    By: /s/ Chung-Han Lee
                                        Chung-Han Lee
                                        Attorneys for Defendants Gloria Wahl and
                                        Walter Lee

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 9/28/07

_____
Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

PHDATA 3012318_1                    Stipulation re Admin. Motion to Determine Whether Cases Should be Related