Scott Semenek (to be admitted *pro hac vice*)
Chung-Han Lee (SBN 231950)
WILDMAN, HARROLD, ALLEN & DIXON, LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606
Telephone: (312) 201-2000
Facsimile: (312) 201-2555
Email: chunglee@wildman.com

Attorneys for Claimants AltoTech Ventures, LLC
and AltoTech Management, LLC

JOSEPH P. RUSSONIELLO (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
EDWIN L. JOE (SBN 112328)
Special Assistant United States Attorney
455 Market Street, 6th Floor
San Francisco, California 94105-2420
Telephone: (415) 744-8494
Facsimile: (202) 481-1810 or (415) 744-6812
Email: edwin.joe@sba.gov

Attorneys for Federal Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America, on behalf of its agency, the U.S. Small Business Administration, in its capacity as Receiver for Alto Tech II, L.P., <br><br>Plaintiff, <br><br>v. <br><br>Alto Tech II, LLP, <br><br>Defendant. | Case No. C06-3879 EMC <br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [P~~ROPOS~~ED] ORDER** <br><br>No Hearing Required <br><br>Judge: Magistrate Edward M. Chen |

Plaintiff UNITED STATES SMALL BUSINESS ADMINISTRATION ("SBA"), in its capacity as Receiver for ALTO TECH II, L.P., and Claimants ALTOTECH VENTURES, LLC and ALTOTECH MANAGEMENT, LLC hereby stipulate and respectfully request that the hearing date for the SBA's Motion for Order Approving the Receiver's Recommended Disposition of Claims and the Priority of Payment of Approved Claims and Establishing Summary Disposition Procedures be continued from

1  August 6, 2008 until August 27, 2008, 10:30 a.m. due to scheduling and work conflicts on the part of the
2  counsel for Claimants. Pursuant to Local Rules 6-2, this Stipulated Request is accompanied by the
3  Declaration of Chung-Han Lee filed concurrently hereto.
4      Additionally, the parties hereby stipulate and respectfully request that the briefing schedule on
5  the SBA's motion as well as the supplemental briefing ordered by the Court in its July 9, 2008 Order be
6  as follows:

| | |
|---|---|
| Opposition to Receiver's Motion | August 6, 2008 |
| Supplemental Briefing per Court Order | August 6, 2008 |
| Reply Brief on Receiver's Motion | August 13, 2008 |
| ~~Reply on Supplemental Briefing (if any)~~ | ~~August 13, 2008~~ EMC |
| Hearing | August 27, 2008, 10:30 a.m. |

    The parties note that no previous time modifications have been requested or made in this case and there is currently no trial date pending in this matter.

Respectfully submitted,

Date: July 15, 2008      /s/ Chung-Han Lee

Counsel for Claimants AltoTech Ventures, LLC
and AltoTech Management LLC


Date: July 15, 2008      /s/ Edwin Joe

Counsel for Small Business Administration,
in its Capacity as Receiver for AltoTech II, L.P.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: July 17, 2008



HON. EDWARD M. CHEN
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER**

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of eighteen years and not a party to the within action. I am employed in the City of Chicago, County of Cook, Illinois; my business address is 225 West Wacker Drive, 28th Floor, Chicago, Illinois 60606.

On the date below, I served a copy of the following document:

**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER**

on all interested parties in the action, as follows:

X **By ECF Filing on**:

Edwin L. Joe
Edwin.Joe@sba.gov

Jack Russo, Esq.
jrusso@computerlaw.com

X **By E-Mail on**:

Arlene P. Messinger
Assistant General Counsel for SBIC Enforcement
Arlene.messinger@sba.gov

Principal Agent for the Receiver
Gerry Mcclure
SBA, Receiver for Alto Tech II, LP
gmcclure@equitygp.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Chicago, Illinois on July 15, 2008.

/s/ Loretta Rosiejka

**STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER**