JOSEPH P. RUSSONIELLO, (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
EDWIN L. JOE (SBN 112328)
Special Assistant United States Attorney

   455 Market Street, 6th Floor
   San Francisco, California 94105-2420
   Telephone: (415) 744-8494
   Facsimile: (202) 481-1810 or (415) 744-6812
   Email: edwin.joe@sba.gov

Attorneys for Federal Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>          )<br>   v. )<br>          )<br>ALTOTECH, II L.P., )<br>          )<br>          )<br>      Defendant. )<br>          )<br>_____ ) | E-Filing<br><br>Civil Case No. C06 3879 SC<br><br>Date: Sept. 25, 2009<br>Time: 10 AM<br>Ctrm: 1<br>    450 Golden Gate Ave.,<br>    SF., CA |

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE STATEMENT**

      Plaintiff and the appointed Receiver, the U.S. Small Business Administration ("SBA") on behalf of the Defendant, Altotech II, L.P. ("Altotech") jointly submit this Stipulation to Continue Case Management Statement and Proposed Order and request the Court adopt it as its Case Management Order in this case.

Description of the Case

**C06 3879 SC – STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE STATEMENT**

1. <u>Overview</u>: Altotech was licensed by United States Small Business Administration ("SBA") as a Small Business Investment Company ("SBIC") under section 301 (c) of 15 U.S.C. §681(c). SBA determined in 2005 the SBIC to be capital impaired, unable to cure the capital impairment, and placed in liquidation status. In 2006 SBA obtained the SBIC's agreement to a Consent Order for Receivership and for SBA to be appointed Receiver by the court.

2. Since the court has jurisdiction over SBIC receiverships, SBA obtained court approval of the Consent Order for Receivership, and SBA was appointed Receiver on June 21, 2006. Currently, there is approximately $14,250,000 (principal) in outstanding Participating Securities purchased by SBA.

3. <u>Current Status</u>: SBA as Receiver is about to submit its third Receiver's Report to the court for the annual accounting for the periods between July 1, 2008 through June 30, 2009. The litigation in case number C07-4530 SC has been concluded, case dismissed, and all issues resolved to the satisfaction of the parties.

5. Since a Consent Order of Receivership has been entered, no trial date is needed. However, overall court supervision is needed until the Receiver completes the receivership. The receiver intends to seek case closure of the Receivership after submitting the final accounting for 2009 to 2010, shortly after the close of the fiscal year on September 30, 2010 The Receiver is currently negotiating the sale of any remaining securities or other assets.

6. Therefore, the parties agree to continue the Sept.25, 2009 Case Management Conference until Friday, March 19, 2010 at 10 AM and to file a further Case Management Conference one week beforehand.

**C06 3879 SC – STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE 2
STATEMENT**

| | |
|---|---|
| 1    Dated: _Sept. 22, 2009_ | /s/ Edwin L. Joe<br>Edwin L. Joe<br>Special Assistant United States Attorney |

Respectfully submitted,

Dated: _____

                                              Gerry McClure
Principal Agent for the Receiver
U.S. Small Business Administration as
Receiver for AltoTech II, LP
1100 G Street
Suite 200
Washington, D.C. 20005
Telephone: (703) 288-0095
Facsimile: (703) 288-0244

Of Counsel:

ARLENE MESSINGER
Assistant General Counsel for SBIC Enforcement
United States Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, D.C. 20416
Tel:  (202) 205-6857

## CASE MANAGEMENT ORDER

This Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

**C06 3879 SC – STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE STATEMENT**   3

1  Dated: Sept. 22, 2009          /s/ Edwin L. Joe
2                                  Edwin L. Joe
                                   Special Assistant United States Attorney
3
4
5                                  Respectfully submitted,

6  Dated: 9/22/09                  *Gerry McClure* (signature)
7                                  Gerry McClure
                                   Principal Agent for the Receiver
8                                  U.S. Small Business Administration as
                                   Receiver for AltoTech II, LP
9                                  1100 G Street
                                   Suite 200
10                                 Washington, D.C. 20005
                                   Telephone: (703) 288-0095
11                                 Facsimile: (703) 288-0244
12
13  Of Counsel:
14  ARLENE MESSINGER
15  Assistant General Counsel for SBIC Enforcement
    United States Small Business Administration
16  409 Third Street, S.W., 7th Floor
    Washington, D.C. 20416
17  Tel: (202) 205-6857
18
                        CASE MANAGEMENT ORDER
19
20
21     This Case Management Statement and Proposed Order is hereby adopted by the Court as

22  the Case Management Order for the case and the parties are ordered to comply with this Order.

23  In addition the Court orders:
24
25
26
27
28  C06 3879 SC – STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE 3
    STATEMENT

1\. The Case Management Conference for Sept. 25, 2009 at 10:00 AM is hereby continued until March 19, 2010.  Parties are to file a Case Management Conference one week beforehand, no later than on or before March 12, 2010.

Dated: 9/25/09



_____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

**C06 3879 SC – STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE 4
STATEMENT**