1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9    UNITED STATES SMALL BUSINESS      )   Case No. 06-3879 SC
     ADMINISTRATION IN ITS CAPACITY AS )
10   RECEIVER FOR ALTO TECH II, L.P.,  )   ORDER RE: THIRD
                                       )   RECEIVER'S REPORT
11             Plaintiff,              )
                                       )
12        v.                           )
                                       )
13   ALTOTECH II, LLP,                 )
                                       )
14             Defendant.              )
                                       )
15   _____)

16       On September 24, 2009, the United States Small Business

17  Administration ("SBA") as Receiver for Altotech II, L.P.

18  ("Altotech"), filed a Motion for Entry of an Order Approving and

19  Confirming the Third Receiver's Report for the period July 1, 2008

20  through June 30, 2009.  Docket No. 86 ("Motion").

21       The Court notes that, between the Second and Third Receiver's

22  Report, the cash assets of Altotech have dropped from

23  $4,956,913.60 to approximately $1,394,608.  See Docket No. 68

24  ("Second Receiver's Report") at 6; Docket No. 85 ("Third

25  Receiver's Report") at 6.  The Third Receiver's Report does not

26  contain a sufficient explanation for this change.  The change may

27  be related to the line item in the attached Schedule of Receipts

28  and Disbursements labeled "Payment on Participating Securities {to

SBA}." <u>See</u> Third Receiver's Report Ex. A.  Before the Court will enter an Order Approving the Third Receiver's Report, the Court requires the Receiver to submit a declaration explaining the change.  The declaration must be filed within fourteen (14) days from the date of this Order.

IT IS SO ORDERED.


Dated: December 3, 2009

_____
UNITED STATES DISTRICT JUDGE