1  JOSEPH P. RUSSONIELLO, (SBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  EDWIN L. JOE (SBN 112328)
4  Special Assistant United States Attorney

5     455 Market Street, 6th Floor
      San Francisco, California  94105-2420
6     Telephone:    (415) 744-8494
7     Facsimile:    (202) 481-1810 or (415) 744-6812
      Email:        edwin.joe@sba.gov
8
   Attorneys for Federal Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>        Plaintiff,    ) | **E-Filing** |
|            ) | |
|     v.    ) | **Civil Case No.  C06 3879 SC** |
|            ) | |
| ALTOTECH, II L.P.,    ) | **Date: March 19, 2010** |
|            ) | **Time: 10 AM** |
|            ) | **Ctrm: 1** |
|        Defendant.    )<br>            ) | 450 Golden Gate Ave.,<br>SF., CA |

**CASE MANAGEMENT CONFERENCE STATEMENT; CMC ORDER**

Plaintiff and the appointed Receiver, the U.S. Small Business Administration ("SBA") on behalf of the Defendant, AltoTech II, L.P. ("AltoTech") jointly submit this Case Management Statement and Proposed Order and request the Court adopt it as its Case Management Order in this case.

Description of the Case

**C06 3879 SC – CASE MANAGEMENT CONFERENCE STATEMENT; CMC ORDER   1**

1. Overview: AltoTech was licensed by United States Small Business Administration ("SBA") as a Small Business Investment Company ("SBIC") under section 301 (c) of 15 U.S.C. §681(c). SBA determined in 2005 the SBIC to be capital impaired, unable to cure the capital impairment, and placed in liquidation status. In 2006 SBA obtained the SBIC's agreement to a Consent Order for Receivership and for SBA to be appointed Receiver by the court.

2. Since the court has jurisdiction over SBIC receiverships, SBA obtained court approval of the Consent Order for Receivership, and SBA was appointed Receiver on June 21, 2006. Currently, there is approximately $14,250,000 (principal) in outstanding Participating Securities purchased by SBA.

3. Current Status: The litigation in case number C07-4530 SC has been concluded, case dismissed, and all issues resolved to the satisfaction of the parties. Three Receiver's Report have been submitted so far. The latest Receiver Report for the period July 1 2009 - June 30 2010 is not yet due. The Fourth and likely last report will be filed within 90 days of the end of the reporting period, on or about the close of the fiscal year on September 30, 2010. Currently, there is one portfolio asset remaining in AltoTech, MBlox, Inc., located in Sunnyvale, CA. MBlox, Inc., is a mobile transaction network service provider specializing in the transmission of Short Message Service (SMS), mobile messaging, text messaging and financial settlement. The Receiver will seek a sale or transfer of this asset prior to the anticipated close of the receivership by September 30, 2010.

4. Since a Consent Order of Receivership has been entered, no trial date is needed. However, overall court supervision is needed until the Receiver completes the receivership. The receiver intends to seek case closure of the Receivership after submitting the final

**C06 3879 SC – CASE MANAGEMENT CONFERENCE STATEMENT; CMC ORDER** 2

Accounting for 2010, shortly after the close of the fiscal year on September 30, 2010.

5. Therefore, the parties suggest and stipulate to continuing the March 19, 2010 Case Management Conference until Friday, December 3, 2010, if needed. Further, should the Fourth and Final Receiver's Report be timely filed beforehand, the December 3, 2010 CMC date be vacated and no further CMC dates be set.

Dated: _March _12, 2010__     __/s/ Edwin L. Joe_____
Edwin L. Joe
Special Assistant United States Attorney


Respectfully submitted,

Dated: _March 12, 2010_____     __/s/ Gerry McClure_____
Gerry McClure
Principal Agent for the Receiver
U.S. Small Business Administration as
Receiver for AltoTech II, LP
1100 G Street
Suite 200
Washington, D.C. 20005
Telephone: (703) 288-0095
Facsimile: (703) 288-0244

Of Counsel:

ARLENE MESSINGER
Assistant General Counsel for SBIC Enforcement
United States Small Business Administration
409 Third Street, S.W., 7th Floor
Washington, D.C. 20416
Tel: (202) 205-6857

**C06 3879 SC – CASE MANAGEMENT CONFERENCE STATEMENT; CMC ORDER**    3

CASE MANAGEMENT ORDER

This Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:

1. The Case Management Conference for March 19, 2010 at 10:00 AM is hereby continued to December 3, 2010, if needed. Should the Fourth and Final Receiver's Report be timely filed beforehand, the December 3, 2010 CMC date will be vacated and no further CMC dates will be set.

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: 3/15/10



HONORABLE
UNITED STATES DISTRICT JUDGE

**C06 3879 SC – CASE MANAGEMENT CONFERENCE STATEMENT; CMC ORDER**  4