JOSEPH P. RUSSONIELLO, (SBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
EDWIN L. JOE (SBN 112328)
Special Assistant United States Attorney

    455 Market Street, 6th Floor
    San Francisco, California  94105-2420
    Telephone:   (415) 744-8494
    Facsimile:    (202) 481-1810 or (415) 744-6812
    Email:        edwin.joe@sba.gov

**Attorneys for the Receiver**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | E-filing |
| | ) | |
|     Plaintiff, | ) | Civil Case No. C06 3879 SC |
| | ) | |
|     v. | ) | |
| | ) | |
| **ALTOTECH II, L.P.** | ) | Date:  ~~August 6, 2008, Wed.~~ |
| | ) | Time:  ~~10:30 AM~~ |
| | ) | Room: C, 15th Floor |
|     **Defendant** | ) |     450 Golden Gate Avenue, SF |

**ORDER APPROVING THE RECEIVER'S NOTICE AND DETERMINATION OF CLAIMS, AUTHORIZING PAYMENT OF APPROVED CLAIMS AND <u>ESTABLISHING SUMMARY DISPOSITION PROCEDURES</u>**

    This matter came before the Court on the Motion for Entry of an Order Approving the Receiver's Notice and Determination of Claims, Authorizing Payment of Approved Claims and Establishing Summary Disposition Procedures filed by the U. S. Small Business Administration

**C06 3879 SC – ORDER APPROVING THE RECEIVER'S NOTICE AND DETERMINATION OF CLAIMS, AUTHORIZING PAYMENT OF APPROVED CLAIM AND ESTABLISHING SUMMARY DISPOSITION PROCEDURES**     1

("SBA") as Receiver ("Receiver") for AltoTech II, L.P., ("ALT"). After reviewing the pleadings,

**IT IS HEREBY ORDERED THAT**:

1. The Receiver's Motion for Entry of an Order Approving the Receiver's Notice and Determination of Claims, Authorizing Payment of Approved Claims and Establishing Summary Disposition Procedure is **GRANTED IN PART**; and **DENIED IN PART** *regarding subordinating the Management's claim to the SBA's claim*

2. The Receiver's Notice and Determination of Claims Received in Response to the Claims Bar Date, and the Receiver's recommendations therein are **APPROVED**; and

3. The Receiver is authorized to pay the following claims in the following order of priority, to the extent of available receivership assets, and the following claims are hereby **APPROVED**:

a) First, any and all administrative expenses of the receivership estate as reported in the Receiver's Reports to this Court;

b) Second, for payment of the approved general claim for uncollected/deferred management fees from former Managing Directors of ALT (Gloria Wahl and Walter Lee) for a total of $335,311.83. The claim is treated as a single claim for administration purposes. The litigation in case number C07 4530 has been resolved as to SBA as Receiver. This single claim has been resolved and settled as to its treatment within this receivership action.

c) Third, to the United States Small Business Administration, a federal agency and the sole Preferred Limited Partners in the amount of $ 14,250,000 for repayment of leverage financing it provided to ALT in the principal amount of $14,250,000. No payments have been

**C06 3879 SC – ORDER APPROVING THE RECEIVER'S NOTICE AND**    2
**DETERMINATION OF CLAIMS, AUTHORIZING PAYMENT OF APPROVED CLAIM**
**AND ESTABLISHING SUMMARY DISPOSITION PROCEDURES**

made on the Participating Securities and the total principal amount, $14,250,000 is still outstanding;

  4. After the expenses and claims in paragraph three are paid in full, any surplus, if any, shall be distributed to the equity shareholders of ALT in accordance with the Agreement of Limited Partnership; and

  5. Any claimant who opposes the Receiver's recommended disposition of its claim, which recommended disposition is hereby approved and ratified by this Court, is hereby ordered either to file a Motion objecting to the Receiver's recommended disposition of its claim, together with a Memorandum in support of its Motion setting forth the specific factual and legal grounds on which it objects to the Receiver's recommended disposition, and a proposed Order, within 30 days from the date of service of a copy of this Order by the Receiver on the claimant, or such claimant's claim shall be forever barred and deemed to be null and void, and such claimant shall be permanently enjoined from asserting, pursuing or prosecuting any such claim against ALT, its Receiver, their successors or assigns, or against assets or funds in the possession of the Receiver. The claimant is further ordered to serve copies of its Motion, Memorandum and all exhibits thereto, and proposed Order on the attorney for the Receiver via first class mail, postage prepaid; and

  6. The Receiver is hereby authorized to file an Opposition to any such Motion, and Memorandum in Support of its Opposition, together with a proposed Order, within 30 days after receipt of claimant's Motion, Memorandum, and proposed Order; and

  7. This Court will resolve any Claimant's objection on the basis of the claim documents previously submitted to the Receiver, the Notice and Determination of Claims filed

**C06 3879 SC – ORDER APPROVING THE RECEIVER'S NOTICE AND DETERMINATION OF CLAIMS, AUTHORIZING PAYMENT OF APPROVED CLAIM AND ESTABLISHING SUMMARY DISPOSITION PROCEDURES**   3

1  herein by the Receiver, the claimant's Motion in objection, and the Receiver's opposition thereto,

2  without hearing, unless this Court, *sua sponte*, orders otherwise; and

3        8.    The Receiver is ordered to serve a copy of this Order on each Claimant at its last

4  known address, via first class mail, postage prepaid, and to file a Certificate of Service with the

5  Clerk of this Court; and

6        9.    This Order shall become a Final Order thirty (30) days after service hereof by the

7  Receiver with respect all claimants, as well as all other persons who failed to file claims pursuant

8  to the terms of the Court's Order establishing the Claims Bar Date, except for any claimant which

9  files a Motion objecting to the Receiver's recommended disposition of its claim, together with a

10 Memorandum in support of its Motion as set forth in paragraph 5, above, and all such persons

11 shall be forever barred and shall be permanently enjoined from asserting, pursuing or prosecuting

12 any pre-Bar Date Claim against ALT, the Receiver, their successors or assigns, or against assets

13 //

14 //

15 //

**C06 3879 SC – ORDER APPROVING THE RECEIVER'S NOTICE AND DETERMINATION OF CLAIMS, AUTHORIZING PAYMENT OF APPROVED CLAIM AND ESTABLISHING SUMMARY DISPOSITION PROCEDURES**     4

1 | or funds in the possession of the Receiver.

**IT SO ORDERED** this 30 day of June _____ 2010__, in San Francisco, California.

_____
THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

**C06 3879 SC – ORDER APPROVING THE RECEIVER'S NOTICE AND DETERMINATION OF CLAIMS, AUTHORIZING PAYMENT OF APPROVED CLAIM AND ESTABLISHING SUMMARY DISPOSITION PROCEDURES**      5