MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
EDWIN L. JOE (CABN 112328)
Special Assistant U.S. Attorney

    455 Market Street, Suite 600
    San Francisco, California  94105-2420
    Telephone:   (415) 744-8494
    Facsimile:    (202) 481-1810 or (415) 744-6812
    Email:        edwin.joe@sba.gov

Attorneys for Federal Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | **E-Filing** |
| | ) | |
|     v. | ) | **Civil Case No.  C06 3879 SC** |
| | ) | |
| **ALTOTECH, II L.P.,** | ) | Date: |
| | ) | Time: |
| | ) | Room: |
| | ) | |
| | ) | |
|     **Defendant.** | ) | |

**<u>ORDER APPROVING AND CONFIRMING THE FINAL RECEIVER'S REPORT, TERMINATING THE RECEIVERSHIP AND DISCHARGING THE RECEIVER FOR ALTOTECH II, L.P.</u>**

This matter came before this Court upon the Motion by the United States Small Business Administration as Receiver ("the Receiver") for AltoTech II. L.P. ("AltoTech II")  for entry of an order approving and confirming the Final Receiver's Report for the period July 1, 2006

**C06 3879 SC  – ORDER APPROVING FINAL RECEIVER'S REPORT, TERMINATING**[1] **RECEIVERSHIP, AND DISCHARGING RECEIVER**

through August 24, 2010, terminating the receivership and discharging the Receiver. After careful consideration and this Court having been duly advised as to the merits,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Receiver's Motion is granted in its entirety;

2. The Final Receiver's Report for the period July 1, 2006 through August 24, 2010 and the acts, transactions and receipts and disbursements of funds reported therein, are hereby approved and confirmed.

3. This Court confirms that the Receiver has complied with the Orders of the Court dated June 21, 2006 ("Receivership Order") and July 30, 2010 ("Wind-Up Order") as more fully described in the Receiver's Motion and Memorandum.

4. Control of AltoTech II shall be unconditionally transferred and returned to its General Partner c/o Gloria Wahl, upon notification of entry of this Order.

5. The stay and injunction imposed by paragraphs seven and eight of the Receivership Order are hereby lifted.

6. All claims against and obligations of (a) AltoTech II, (b) the AltoTech II Receivership estate, (c) the AltoTech II Receiver and its current and former agents and attorneys, arising from or relating in any way to the Receivership shall be discharged upon notification of entry of this Final Order.

7. The AltoTech II receivership is hereby terminated, SBA is discharged as Receiver, and the SBA, its employees, officers, agents, contractors, attorneys, and any other person who acted on behalf of the Receiver, are hereby discharged and released from any and all claims, obligations and liabilities arising from or relating to the activities, conduct or

**C06 3879 SC – ORDER APPROVING FINAL RECEIVER'S REPORT, TERMINATING RECEIVERSHIP, AND DISCHARGING RECEIVER** 2

management and operation of AltoTech II and the AltoTech II receivership estate upon notification of entry of this Final Order.

8. A copy of this Final Order shall be served upon the General Partner of AltoTech II upon notification of entry of the Final Order.

9. A copy of this Order, containing notice of the transfer of control of AltoTech II, shall be served upon the appropriate federal and state tax offices, the California Secretary of State and upon the registered agents for service of process.

SO ORDERED this  4th  day of  Oct.  , 20 10 .  PURSUANT TO STIPULATION OF THE PARTIES.

_____
THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM AND CONTENT:

 /s/ Arlene P. Messinger_____
ARLENE P. MESSINGER
Attorney for Defendant, SBA as Receiver for
Prospero Ventures, LP


 /s/ Edwin L. Joe_____
EDWIN L. JOE
Special Assistant U. S. Attorney
Attorney for Plaintiff, United States of America

**C06 3879 SC  – ORDER APPROVING FINAL RECEIVER'S REPORT, TERMINATING RECEIVERSHIP, AND DISCHARGING RECEIVER**