MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
EDWIN L. JOE (CABN 112328)
Special Assistant U.S. Attorney

    455 Market Street, Suite 600
    San Francisco, California  94105-2420
    Telephone:     (415) 744-8494
    Facsimile:       (202) 481-1810 or (415) 744-6812
    Email:              edwin.joe@sba.gov

Attorneys for Federal Plaintiff

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
|     **Plaintiff,** | ) | **E-Filing** |
| | ) | |
|     v. | ) | Civil Case No.  C06 3879 SC |
| | ) | |
| **ALTOTECH, II L.P.,** | ) | Date: |
| | ) | Time: |
| | ) | Room: |
| | ) | |
| | ) | |
|     **Defendant.** | ) | |

**STIPULATION FOR DISMISSAL AND CLOSURE OF CASE**

The United States of America, Plaintiff, and U.S. Small Business Administration ("Receiver"), Receiver for AltoTech II, L.P. ("ALT" or "AltoTech"). and Defendant hereby stipulate that it is in the best interests of all parties for dismissal,  case closure is appropriate and all case management dates can be vacated.

IT IS SO STIPULATED BY THE PARTIES AS INDICATED BY THE SIGNATURE OF COUNSEL FOR THE RESPECTIVE PARTIES:

**C06 3879 SC  – MOTION/STIPULATION FOR COURT ORDER FOR DISMISSAL AND CLOSURE OF CASE**

1

PLAINTIFF, UNITED STATES OF AMERICA, and its agency the U.S. Small Business Administration:

Dated: October 20, 2010          By:    /s/ Edwin L. Joe
                                        EDWIN L. JOE, ESQ.
                                        Special Assistant United States Attorney

DEFENDANT, AltoTech II, L.P., by its Court Appointed Receiver, the U.S. Small Business Administration:

Dated: October 7, 2010           By:    /s/ Arlene P. Messinger
                                        ARLENE P. MESSINGER, ESQ.
                                        Assistant General Counsel for SBIC Enforcement
                                        U.S. Small Business Administration

## ORDER OF DISMISSAL AND CLOSURE

This receivership case having been completed, the case is dismissed, and is now administratively closed. The case management date of December 3, 2010 at 10:00 am is hereby vacated.

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated: This 21 day of October 2010.

                                        _____
                                        THE HONORABLE SAMUEL CONTI
                                        UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]*

C06 3879 SC – MOTION/STIPULATION FOR COURT ORDER ~~TO APPROVE FINAL RECEIVER'S REPORT, TERMINATE RECEIVERSHIP, AND DISCHARGE RECEIVER~~
FOR DISMISSAL AND CLOSURE OF CASE                                    2

PLAINTIFF, UNITED STATES OF AMERICA, and its agency the U.S. Small Business Administration:

Dated:  October 20, 2010          By:     /s/ Edwin L. Joe
                                         EDWIN L. JOE, ESQ.
                                         Special Assistant United States Attorney

DEFENDANT, AltoTech II, L.P., by its Court Appointed Receiver, the U.S. Small Business Administration:

Dated:  October __, 2010          By:     _____
                                         ARLENE P. MESSINGER, ESQ.
                                         Assistant General Counsel for SBIC Enforcement
                                         U.S. Small Business Administration

ORDER OF DISMISSAL AND CLOSURE

This receivership case having been completed, the case is dismissed, and is now administratively closed.   The case management date of December 3, 2010 at 10:00 am is hereby vacated.

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated:  This _____ day of October 2010.


                                         _____
                                         THE HONORABLE SAMUEL CONTI
                                         UNITED STATES DISTRICT COURT JUDGE


**C06 3879 SC  – MOTION/STIPULATION FOR COURT ORDER FOR DISMISSAL AND CLOSURE OF CASE**                                                                                               2